NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RENAN PIERRE and DESIRA DEJUSTIN, )
                                  )
            Appellants,           )
                                  )
v.                                )          Case No. 2D18-4136
                                  )
DEUTSCHE BANK NATIONAL TRUST      )
COMPANY, as indenture trustee for )
New Century Home Equity Loan Trust )
2005-4,                           )
                                  )
            Appellee.             )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Lee
County; James H. Seals, Senior Judge.

Jane Kim of KYZ Law, P.C., Chicago,
Illinois, for Appellants.

Andrew Arias of Marinosci Law Group, P.C.,
Fort Lauderdale, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LaROSE, and SLEET, JJ., Concur.